UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| WENDIE DEANN DERRICK, | ) | |
| | ) | |
| Petitioner, | ) | 2:22-MC-31 |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## MEMORANDUM & ORDER

The Court is in receipt of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 1]. Under 28 U.S.C. § 1915, a person who files a complaint in a district court must tender the full filing fee *or* she must file (1) an application to proceed *in forma pauperis* without prepayment of fees *and* (2) an affidavit of indigency, including a statement of all assets showing that she is unable to pay the filing fee. 28 U.S.C. § 1915(a)(1); *Floyd v. U.S. Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997) (holding that § 1915 applies to prisoners and non-prisoners), *overturned on other grounds by Callihan v. Schneider*, 178 F.3d 800 (6th Cir. 1999). Plaintiff has not paid the required $350.00 filing fee, nor has she submitted the proper documents to proceed *in forma pauperis*.

Petitioner is **DIRECTED** to submit an affidavit of indigency with an accurate statement of all assets.[1] Petitioner shall have fourteen (14) days from the date of entry of this order to pay the full filing fee or to submit the necessary documents. Petitioner is hereby **NOTIFIED** that if

---

[1] Petitioner can access a form application to proceed without prepaying fees here: https://www.uscourts.gov/sites/default/files/ao240_0.pdf.

she fails to fully and timely comply with this order, the Court shall presume that Petitioner is not a pauper and shall order the case administratively closed or dismissed.

Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. As such, Petitioner is **ORDERED** to immediately inform the Court and Respondent of any address changes in writing. Failure to provide a correct address to this Court within fourteen (14) days of any change in address may result in the administrative closure or dismissal of this action.

**SO ORDERED.**

s/ Cynthia Richardson Wyrick
UNITED STATES MAGISTRATE JUDGE

2

Case 2:22-mc-00031-DCLC-CRW   Document 3   Filed 09/22/22   Page 2 of 2   PageID #: 18